AO91 (Rev. 12/03) Criminal Complaint

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 29 2015

BY DEPUTY _____

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

JASON MCLAUGHLIN
231 RIDGEWOOD STREET
LUFKIN, TEXAS 75904

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: 9:15-MJ-58

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **9/26/2015** (Date) in **Angelina** County, in the **Eastern** District of **Texas** defendant(s) did,

*(Track Statutory Language of Offense)*

with the intent that S.K. engage in conduct constituting a felony that has as an element the use, or attempted use, or threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade S.K. to engage in such conduct, that is to kidnap C.C. in violation of Title 18, United States Code, Section 1201.

in violation of Title **18** United States Code, Section(s) **373**.

I further state that I am a(n) **Special Agent David Goodson, FBI** (Official Title) and that this complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

_____
Signature of Complainant

SA David Goodson
Printed Name of Complainant

Sworn to before me and signed in my presence,

**September 29, 2015** at **Beaumont**, **Texas**
Date                                City         State

Zack Hawthorn              Magistrate Judge              _____
Name of Judge              Title of Judge                Signature of Judge